# *TELESFORO DEL VALLE, JR.*
## ATTORNEY AT LAW

445 Park Avenue
New York, New York 10022
tdvesq@aol.com

(212) 481-4853                                                                                              Fax (212) 481-4853

June 4, 2020

The Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                                Re:   <u>USA v. Agustin Marmolejos</u>
                                       19 Cr. 626 (PAE)

Dear Judge Engelmayer:

      Yesterday afternoon I was retained as the attorney for the defendant, Mr. Agustin Marmolejos in the above captioned matter.   Mr. Agustin Marmolejos is scheduled to be sentenced, by Your Honor, this Monday, June 8, 2020 at 10 A.M.

      Mr. Agustin Marmolejos is presently incarcerated in the MDC in Brooklyn.   Due to the present restrictions, and cancellation of attorney visits to the Metropolitan Detention Center in Brooklyn, New York, I have only been able to speak with Mr. Marmolejos on one occasion by telephone, and have yet to meet him in person.   I have requested and obtained from Mr. Marmolejos' prior Defense counsel her file for this Defendant.   I have also noticed that there has been no sentencing submission made on behalf of the Defendant.

      I respectfully request an adjournment of this Monday's sentencing hearing on this matter for a period of 45 days, to a date convenient to this Court.   This will enable me to prepare a Sentencing Memorandum and other submissions on behalf of Mr. Agustin Marmolejos, as well as, by then, possibly afford me an opportunity to meet the defendant in person and properly prepare him for his hearing.

      The Government, by way of A.U.S.A. Benjamin W. Schrier, has no objection and consents to this request.

      Thank you for your consideration to this matter.

                                                        Respectfully submitted,
                                                                 /S/

Telesforo Del Valle Jr., Esq.
Attorney for Agustin Marmolejos
Defendant

Cc: A.U.S.A. Benjamin Woodside Schrier, Esq.

**GRANTED.** Sentencing is adjourned to July 16, 2020 at 10:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 15.

6/5/2020

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge