UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

AGUSTIN MARMOLEJOS,

                Defendant.

19-CR-626 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received a *pro se* motion from Agustin Marmolejos, Dkt. 27, which the Court treats as a motion for compassionate release. The Court reappoints Mr. Marmolejos's trial counsel, Telesforo Del Valle, Jr., for the purpose of submitting a letter memorandum in support of Mr. Marmojelos's motion. That memorandum is due by February 9, 2021. The Government's response is due by February 16, 2021.

    SO ORDERED.

*[signature: Paul A. Engelmayer]*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 19, 2021
       New York, New York