UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

AGUSTIN MARMOLEJOS,

                    Defendant.

19 Cr. 626 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

    The Clerk of Court is respectfully directed to mail a copy of the order at docket 31 to Agustin Marmolejos.

    SO ORDERED.

                                             *Paul A. Engelmayer*
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: March 9, 2021
         New York, New York